# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: KABA SIMPLEX LOCKS MARKETING
AND SALES PRACTICES LITIGATION          MDL No. 2220

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO−3)

On February 7, 2011, the Panel transferred 3 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2011). Since that time, 3 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Donald C Nugent.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Nugent.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Ohio for the reasons stated in the order of February 7, 2011, and, with the consent of that court, assigned to the Honorable Donald C Nugent.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

May 06, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: KABA SIMPLEX LOCKS MARKETING
AND SALES PRACTICES LITIGATION**     MDL No. 2220

### SCHEDULE CTO−3 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

LOUISIANA EASTERN

| | | | |
|---|---|---|---|
| LAE | 2 | 11−00731 | Danny's Locksmith, Inc. et al v. Kaba Ilco Corp. et al |